# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 5:22-cv-00315-CJC-SHK | Date | March 2, 2022 |
|---|---|---|---|
| Title | Jaime Gonzalez v. BFS Group LLC et al | | |

PRESENT: **HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | None Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**PROCEEDINGS:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION (REMOVAL) AS TO DEFENDANT DIXIELINE LUMBER AND HOME CENTERS**

This action was removed to this Court on **February 17, 2022**. Pursuant to Rule 81 of the Federal Rules of Civil Procedure, a response to the Complaint is due the later of 21 days after receiving a copy of the initial pleading, 21 days after being served with the summons, or 7 days after the notice of removal is filed. No response has been filed as to **Defendant Dixieline Lumber and Home Centers**. Accordingly, Plaintiff is ordered to show cause in writing on or before **March 7, 2022** why this defendant should not be dismissed for lack of prosecution. As an alternative to a written response by Plaintiff, the Court will consider as an appropriate response to this OSC the filing of one of the following on or before the above date:

1. A response to the Complaint by Defendant **Dixieline Lumber and Home Centers**;

2. An application for the entry of default pursuant to Rule 55 of the Federal Rules of Civil Procedure, as to all Defendants, or

3. A Notice of Voluntary Dismissal as to Defendant **Dixieline Lumber and Home Centers**.

No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a timely and appropriate response. Failure to respond to this Order may result in dismissal.

|  | \_\_\_\_\_ : \_\_\_\_\_ |
|---|---|
|  | Initials of Deputy Clerk   rrp |